UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Dennis M. Cavanaugh

            v.                :      Crim. No. 07-823

AL-JARREAU BACOTE and         :      CONTINUANCE ORDER
SHAWN DOOLEY

            This matter having come before the Court on the 

application of Christopher J. Christie, United States Attorney

for the District of New Jersey (Lisa M. Colone, Assistant U.S.

Attorney, appearing), defendant Al-Jarreau Bacote (Sebastiano M.

Bio, Esq., appearing), and defendant Shawn Dooley (David A.

Holman, Assistant Federal Public Defender, appearing) for an

order granting a continuance of the proceedings in the above-

captioned matter for a period of 60 days, and the defendants

being aware that they have the right to have the matter brought

to trial within 70 days of the date of their appearance before a

judicial officer of this court pursuant to Title 18 of the United

States Code, Section 3161(c)(1), and as the defendants have

consented to such a continuance, and for good and sufficient

cause shown,

            IT IS THE FINDING OF THIS COURT that this action should

be continued for the following reasons:

            1.   Plea negotiations are currently in progress, and

both the United States and the defendants desire additional time

to finalize a plea agreement, which would render trial of this

matter unnecessary;

2.   Defendants have consented to the aforementioned

continuance;

3.   Pursuant to Title 18 of the United States Code,

Section 3161(h)(8), the ends of justice served by granting the

continuance outweigh the best interests of the public and the

defendants in a speedy trial.

WHEREFORE, on this ___16___ day of May, 2008,

IT IS ORDERED that this action will be, and hereby is,

continued for a period of 60 days from May 7, 2008, through and

including July 7, 2008; and it is further

ORDERED that the period from May 7, 2008 through and

including July 7, 2008, shall be excludable in computing time

under the Speedy Trial Act of 1974, pursuant to Title 18, United

States Code, Section 3161(h)(8).

HON. DENNIS M. CAVANAUGH
United States District Judge


Sebastiano M. Bio, Esq.
Counsel for Al-Jarreau Bacote


David A. Holman, Esq.
Counsel for Shawn Dooley

to finalize a plea agreement, which would render trial of this matter unnecessary;

2.   Defendants have consented to the aforementioned continuance;

3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this _____ day of May, 2008,

IT IS ORDERED that this action will be, and hereby is, continued for a period of 60 days from May 7, 2008, through and including July 7, 2008; and it is further

ORDERED that the period from May 7, 2008 through and including July 7, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. DENNIS M. CAVANAUGH
United States District Judge

Sebastiano M. Bio, Esq.
Counsel for Al-Jarreau Bacote

David A. Holman, Esq.
Counsel for Shawn Dooley