UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 07-823 |
| AL-JARREAU BACOTE and SHAWN DOOLEY | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Lisa M. Colone, Assistant U.S. Attorney, appearing), defendant Al-Jarreau Bacote (Timothy Donohue, Esq., appearing), ~~and defendant Shawn Dooley (David A. Holman, Assistant Federal Public Defender, appearing~~) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time

to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendants have consented to the aforementioned continuance;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this ____4____ day of ~~July~~ AUG, 2008,

IT IS ORDERED that this action will be, and hereby is, continued for a period of 60 days from July 3, 2008 through and including September 3, 2008; and it is further

ORDERED that the period from July 3, 2008 through and including September 3, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. DENNIS M. CAVANAUGH
United States District Judge

Timothy Donohue, Esq.
Counsel for Al-Jarreau Bacote

David A. Holman, Esq.
Counsel for Shawn Dooley