Case 2:07-cr-00823-JLL   Document 53   Filed 05/01/12   Page 1 of 1 PageID: 163

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

_____ District of __NEW JERSEY_____

United States of America
v.

AL-JARREAU BACOTE

Case No: 2:07cr823-1

USM No: 28979-050

Date of Original Judgment: 4 August 2009
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Tim Donohue, Esq
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __4 August 2009__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   27 April 2012

*Judge's signature*

Effective Date:   27 April 2012
*(if different from order date)*

Dennis M. Cavanaugh, U.S.D.J.
*Printed name and title*